## WILLIE JENKINS V. THE STATE.

No. 22000. Delivered March 11, 1942.

The opinion states the case.

*Phillip S. Kouri*, of Whichita Falls, for appellant.

*Spurgeon E. Bell*, State's Attorney, of Austin, for the State.

GRAVES, Judge.

Appellant was charged with unlawfully carrying knuckles, and, under a plea of guilty before the court, was fined the sum of $10.00.

The complaint is fatally defective in that it charges that appellant did carry on *or* about his person knuckles made of metal and a hard substance, to-wit: shot, thus charging this offense in the alternative instead of the conjunctive. See Branch's Penal Code, p. 556, Sec. 967, and authorities there cited.

We are also unable to see how a fine of $10.00 could be as-

sessed under a charge of unlawfully carrying arms, the lowest fine mentioned in Art. 483, P. C., denouncing such offense, being $100.00.

On account of the defect in the complaint, this cause is reversed and the prosecution ordered dismissed.